UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MT. HAWLEY INSURANCE COMPANY,
                                           Plaintiff,      23 Civ. 3950 (LGS)

-against-      ORDER

AIM SECURITY GROUP, LLC
                                           Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, an Order issued May 15, 2023, set an initial pretrial conference in this case for July 5, 2023, and directed the parties to submit a joint letter and proposed case management plan by June 28, 2023.  Defendants have not yet appeared in this case.

WHEREAS, the parties have not filed the joint letter and proposed case management plan.  It is hereby

**ORDERED** that the initial pretrial conference is **ADJOURNED** to **July 12, 2023**, at **4:10 p.m.**  The conference will be telephonic and will take place on the following line: 888-363-4749, access code 558-3333.  It is further

**ORDERED** that, if Plaintiff is in communication with Defendants, the parties shall file the joint letter and proposed case management plan as soon as possible, and no later than **July 5, 2023.**  If Plaintiff is not in communication with Defendants, Plaintiff shall attempt to serve Defendants via FedEx at their places of business, and file proof of service on ECF, by **July 5, 2023**.  Plaintiff shall file a status letter by **July 5, 2023**, requesting further adjournment of the initial conference for up to thirty (30) days and describing its efforts to provide actual notice of this lawsuit to Defendant.

Dated: June 29, 2023
       New York, New York

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**