UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MT. HAWLEY INSURANCE COMPANY,

                Plaintiff,

    v.

AIM SECURITY GROUP, LLC,

                Defendant.
-------------------------------------------------------------X

Case No.  1:23-cv-3950-LGS

**AFFIDAVIT**
**OF SERVICE**

**JOHN A. MATTOON**, being of full age, hereby declares pursuant to 28 U.S.C. §1746:

1.     I am a partner with the law firm of Ford Marrin Esposito Witmeyer & Gleser, L.L.P., counsel to Mt. Hawley Insurance Company ("Mt. Hawley") in this action, and as such, I have knowledge of the facts set forth herein.

2.     I provided defendant AIM Security Group, LLC ("AIM") with notice of the upcoming initial conference in this matter, and also caused an additional copy of Mt. Hawley's Summons & Complaint, with exhibits thereto, to be served on defendant AIM by placing a true and correct copy of the foregoing notice and pleadings with Federal Express on June 30, 2023 with instructions for the foregoing to be delivered as follows:

>AIM Security Group, LLC
>11519 Meadowrun Circle
>Fort Myers, FL 33913

Dated: July 3, 2023
New York, New York

                          **FORD MARRIN ESPOSITO WITMEYER & GLESER, LLP**

                          By:   /s/ John A. Mattoon
                          Joseph D'Ambrosio
                          John A. Mattoon
                          Wall Street Plaza
                          New York, NY 10005-1875
                          Telephone: (212) 269-4900
                          *Attorneys for Plaintiff Mt. Hawley Ins. Co.*